IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE LUIS VELASQUEZ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.:_____ |
| CHRISTOPHER GLENN, | * | |
| Defendant. | * | |

06-656

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT



Plaintiff, by his undersigned attorneys, alleges as follows:

### I. INTRODUCTION

1. Plaintiff, who has been employed in Sussex County, Delaware by defendant Christopher Glenn and by the Fresh Cut Lawn and Landscape Service, Inc., brings this action for monetary relief for Glenn's willful failure to pay him promised wages and "time and a half" for overtime wages as required by federal and state law.

2. The action arises from Glenn's violations of plaintiff's rights under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq.

### II. JURISDICTION

3. This court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal-question jurisdiction) and 29 U.S.C. § 216(b) (FLSA) and 28 U.S.C. § 1367 (supplemental jurisdiction).

### III. PARTIES AND OTHERS

4.    Plaintiff Jose Luis Velasquez resides at 3 Maple Street, Georgetown, DE 19947, and has been employed by defendant.

5.    Pursuant to 29 U.S.C. § 216(b), plaintiff has consented in writing to being a plaintiff in this action. His consent form is attached as Exhibit A to this Complaint.

6.    Fresh Cut Lawn and Landscape Services is a Delaware corporation with its offices near Lewes, Delaware. Fresh Cut is an enterprise engaged in interstate commerce, and is or has been an employer of plaintiff within the meaning of the FLSA Payment and Collection law. It is now in bankruptcy and is not sued as a defendant in this case.

7.    Defendant Christopher Glenn, the chief executive officer of Fresh Cut, has a business address of 25414 Prime Hook Road, Milton, Delaware 19968-2750. He is an "employer" under FLSA law and, as such, is fully liable to plaintiff.

### IV. STATEMENT OF FACTS

8.    Plaintiff has worked for defendant as a laborer in his business of concrete pouring and landscaping.

9.    The nature of the plaintiff's work has been such that he frequently worked for defendant in excess of 40 hours per week.

10.   Defendant contracted with his employee to pay him on an hourly basis for each hour worked. Defendant failed to abide by this contract and to pay his employee for each hour worked.

11. Defendant contracted with his employee to pay him time and a half for weekly overtime hours. Defendant failed to abide by this agreement and fully compensate him for overtime work.

12. Furthermore, as defined by Section 207 of the FLSA, all hours worked by plaintiffs in excess of 40 hours per week are "overtime" hours, payable at a rate of one and one-half times the regular hourly rate.

13. Glenn has failed to pay plaintiff in full for overtime work, compensation to which he was entitled under federal law.

## COUNT I

### FAIR LABOR STANDARDS ACT

14. Plaintiff repeats and incorporates by reference the allegations set forth above.

15. Glenn violated the FLSA by knowingly failing to compensate plaintiff at a rate of one and one-half times his regular hourly wage for hours worked in excess of 40 hours per week in violation of 29 U.S.C. § 207(a)(1). Defendant's actions were willful.

16. Glenn is liable to plaintiff, under 29 U.S.C. § 216(b) of the FLSA, for his unpaid overtime compensation, plus an additional equal amount as liquidated damages, court costs, reasonable attorneys' fees and expenses, and any other relief deemed appropriate by the court.

## COUNT II

### CONTRACT

17. Plaintiff repeats and incorporates by reference the allegations set forth above.

18. Plaintiff and defendant Glenn agreed by contract and with adequate consideration to settle plaintiff's claims for damages and attorneys' fees arising under the FLSA law.

3

19. Defendant Glen has breached this valid agreement by refusing to pay the amounts agreed to.

PRAYER FOR RELIEF

WHEREFORE, the plaintiff requests that this court:

a. Award plaintiff his unpaid wages plus liquidated damages as required by the FLSA;

b. Award plaintiff damages due to defendant's breach of contract.

c. Award the plaintiff his costs, attorneys' fees and expenses, and all costs of prosecution incurred in this action, as provided in 29 U.S.C. § 216(b); and

d. Grant such other and further relief as the court may deem just and proper.

Respectfully submitted,

SCHMITTINGER & RODRIGUEZ, PA

BY: _____
DAVID A. BOSWELL (#3172)
Wachovia Bank Bldg.
4602 Highway Drive
Rehoboth Beach, DE 19971
(302) 227-1400

BROWN, GOLDSTEIN & LEVY, LLP

BY: _____
C. CHRISTOPHER BROWN
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
(410) 962-1030

*Attorneys for Plaintiff*

4

EXHIBIT A
### FORMULARIO DE PERMISO PARA PARTICIPAR
(Opt-In Consent Form)

*Berduo-DeLeon v Fresh Cut Lawn & Landscaping Service, Inc.*

Completar y enviar por correo a:

C. Christopher Brown
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202-6701

Nombre: Jose Luis Velasquez          S.S.#  -2573.

Dirección: 7A N. King St.            Teléfono Laboral: _____

Georgetown, DE 19947.                Teléfono de la Casa: (302) 841-8544.

### PERMISO PARA UNIR A LA ACCION COLLECTIVA
De acuerdo con la "Ley de Normas Razonables de Trabajo"
(Federal Labor Standards Act), 29 U.S.C. § 216 (b)

1. Doy mi consentimiento y estoy de acuerdo de seguir cualquier reclamo que surge de horas extras trabajados (sobretiempo) y no abonados por Fresh Cut Lawn and Landscaping Service ("Fresh Cut").

2. He trabajado como empleado de Fresh Cut realizado trabajos de mantenimiento, mantenimiento y construcción de jardines, o concreto desde el o alrededor del __3/94__ (mes, año) hasta o alrededor del __8/94__ (mes, año).

3. Durante el periodo anteriormente mencionado, trabaje en exceso de (40) horas semanales, pero no fue pagado el sobretiempo de tiempo y medio.

4. Entiendo que este juicio se entabla bajo la "Ley de Normas Razonables de Trabajo de 1938), como enmendado, 29 U.S.C. § 201, et.seq. Por este medio doy mi consentimiento, estoy de acuerdo y elijo participar como un demandante y seré obligado por cualquier fallo del Tribunal o cualquier arreglo o transacción de este litigio.

5. Por este medio designo a las oficina de Brown, Goldstein & Levy para representarme para los propósitos de este litigio.

6. Además nombro los representantes de esta colectiva como mis agentes para hacer decisiones de mi parte con respecto a la litigación, la manera y los métodos de la conducción del litigio, el llegar a un acuerdo con los abogados de los Reclamantes con respecto a los honorarios y costos de los abogados, y cualquier otro punto que pertenece a este juicio.

__6/7/05__                           *Jose Luis Velasquez*
(Fecha Firmado)                      (Firma)

WP3:1070842.1

&JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOSE LUIS VELASQUEZ

**DEFENDANTS**
CHRISTOPHER GLENN

(b) County of Residence of First Listed Plaintiff  **Sussex County, DE**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Sussex County, DE**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) (302) 227-1400
David A. Boswell, Schmittinger & Rodriguez, P.A., 4602 Highway One, Rehoboth DE 19971

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
FLSA, 29 U.S.C. Sec. 201 et seq.
Brief description of cause:
Unpaid wages and overtime pay

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE
October 19, 2006

SIGNATURE OF ATTORNEY OF RECORD
*David C. Boswell*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**SCHMITTINGER AND RODRIGUEZ, P.A.**
LAWYERS
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE, SECOND FLOOR
REHOBOTH BEACH, DELAWARE 19971-9794
TELEPHONE (302) 227-1400
TELECOPIER (302) 645-1843

REHOBOTH OFFICE
DAVID A. BOSWELL

STATEWIDE
NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
ADAM C. GERBER
MAGNOLIA SOLANO

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

DOVER OFFICE
414 SOUTH STATE STREET
P.O. BOX 497
DOVER, DELAWARE 19903-0497
TELEPHONE (302) 674-0140
TELECOPIER (302) 674-1830

NEWARK OFFICE
220 CONTINENTAL DRIVE
SUITE 203
NEWARK, DELAWARE 19713
TELEPHONE (302) 894-1960
TELECOPIER (302) 894-1965

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
P.O. BOX 626
ODESSA, DELAWARE 19730-0626
TELEPHONE (302) 378-1697
TELECOPIER (302) 378-1659

October 19, 2006

Dr. Peter T. Dalleo, Clerk
U.S. District Court for
   the District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

     Re:  <u>Velasquez v. Glenn</u>
          Our file 06-622R

Dear Dr. Dalleo:

    Enclosed please find the original, two photocopies and an electronic copy in .pdf format of each of a Civil Cover Sheet, Complaint, Summons, and Motion and Order for Admission <u>Pro Hac Vice</u> in the above-referenced, new action, together with a $350.00 check for the filing fee, and another, $25.00 check for the Motion and Order for Admission <u>Pro Hac Vice</u>.

    Please docket these pleadings and return to me the completed summons to me and a clocked-in copy of the enclosed pleadings, along with the CM/ECF electronic docket information, in the enclosed, self-addressed, stamped envelope. Thank you for your kind assistance.

                            Sincerely yours,

                            DAVID A. BOSWELL

Enclosures

cc:  C. Christopher Brown, Esquire (with copy of enclosures)