IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSE LUIS VELASQUEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER GLENN, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: _____ |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of C. Christopher Brown, Esq., to represent the plaintiff in this matter.

Signed: _____

David A. Boswell (#3172)
Schmittinger & Rodriguez, PA
Wachovia Bank Bldg.
4602 Highway Drive
Rehoboth Beach, DE 19971
(302) 227-1400

Attorneys for Plaintiff

Date: October 19, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *[signature: Christopher Brown]*

Date: 8-18-06

C. Christopher Brown
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
(410) 962-1030