AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

JOSE LUIS VELASQUEZ

**SUMMONS IN A CIVIL CASE**

V.

CHRISTOPHER GLENN

CASE NUMBER: 06-656

TO: (Name and address of Defendant)
Christopher Glenn
25414 Prime Hook Rd.
Milton, DE 19968-2750

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Boswell
Schmittinger & Rodriguez, P.A.
Wachovia Bank Building
4602 Highway One, Second Floor
Rehoboth Beach, DE 19971-9794

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

_(signature)_

(By) DEPUTY CLERK

DATE  10-23-06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/25/06 | |
| NAME OF SERVER (PRINT) Harold K. Brode | TITLE Investigator (Schmittinger & Rodriguez) | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Non-Est: Received info that Def (Glenn) moved to Florida

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/25/06            Harold K. Brode
              Date                Signature of Server

                                  414 S. State Street
                                  Dover, DE 19901
              Address of Server
                                  302-678-5453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.