IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE LUIS VELASQUEZ, | * | Case No. 1:06-cv-656-JJF |
| Plaintiff, | * | |
| v. | * | |
| CHRISTOPHER GLENN, | * | |
| Defendant. | * | |

ALIAS PRAECIPE

TO: Dr. Peter T. Dalleo, Clerk
    U.S. District Court for the District of Delaware
    844 N. King Street, Room 4209
    Lock Box 18
    Wilmington, DE  19801

**WHEREAS** the original summons that issued for the service of Defendant Christopher Glenn was returned non-est because such defendant moved out of the State of Delaware, **PLEASE ISSUE** an Alias Summons to be served upon the Secretary of State of the State of Delaware in Dover, Delaware, as agent for Defendant Christopher Glenn, a non-resident of the State of Delaware, pursuant to 10 Del. C. § 3104.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
    DAVID A. BOSWELL (3172)
    Wachovia Bank Building
    18489 Coastal Highway, 2nd Floor
    Rehoboth Beach, DE  19971-9794
    (302) 227-1400
    Attorneys for Plaintiff

DATED: November 30, 2006

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

JOSE LUIS VELASQUEZ

V.

CHRISTOPHER GLENN

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:06-cv-656-JJF

TO: (Name and address of Defendant)

Secretary of State of the State of Delaware,
   as agent for Defendant Christopher Glenn
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Boswell, Esquire
Schmittinger & Rodriguez, P.A.
Wachovia Bank Building
18489 Coastal Highway, 2nd Floor
Rehoboth Beach, DE 19971-9794

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.