IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE LUIS VELASQUEZ, | * | Case No. 1:06-cv-656-JJF |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | AFFIDAVIT PURSUANT TO |
| CHRISTOPHER GLENN, | * | 10 DEL. C. § 3104 |
| | * | |
| Defendant. | * | |

PURSUANT TO 10 Del. C. § 3104, now to-wit, this 1st day of February, 2007, come the Plaintiff by his attorneys, Schmittinger & Rodriguez, P.A., who makes the following Affidavit in the above-captioned case:

STATE OF DELAWARE     :
                      : SS.
COUNTY OF SUSSEX      :

BE IT REMEMBERED, that on the 1st day of February, 2007, personally came before me, the Subscriber, a Notary Public in and for the State and County aforesaid, David A. Boswell, attorney for the Plaintiff, who being sworn according to law, did depose and say as follows:

1.    That on December 27, 2006, the envelope containing the Notice required by 10 Del. C. § 3104 was mailed by registered mail (registered number RB292721452US) to Defendant Christopher Glenn, and that said envelope is attached hereto as Exhibit "A."

2.    That on February 1, 2007, the aforesaid envelope containing said Notice was returned to the sender, your deponent.

3.    That the Notice required by 10 Del. C. § 3104 was contained in said envelope (registered number RB292721452US) at the time it was mailed.

4.   That the receipt obtained by your deponent at the time of the mailing of the envelope containing the Notice is the receipt filed with this Affidavit as Exhibit "B."

5.   That a Second Notice required by 10 Del. C. § 3104 was mailed by registered mail to Defendant Christopher Glenn on February 1, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY:

DAVID A. BOSWELL (3172)
Wachovia Bank Building
18489 Coastal Highway, 2nd Floor
Rehoboth Beach, DE   19971
(302) 227-1400
Attorneys for Plaintiff

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

Notary Public

SHARON L. DRAIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 8, 2008

Exhibit "A"

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   X   ☐ Agent   ☐ Addressee |
| | B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Christopher Glenn<br>340 Royal Polncanalway<br>Ste 317 / 336<br>Palm Beach, FL 33480 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)   RB 292 721 452 US | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

LAW OFFICES
**SCHMITTINGER and RODRIGUEZ**
PROFESSIONAL ASSOCIATION
FIRST UNION BANK BUILDING
4602 HIGHWAY ONE, SECOND FLOOR
REHOBOTH BEACH, DE 19971-9794

RB 292 721 452 US

REGISTERED MAIL

Christopher Glenn
340 Royal Polncanalway
Ste 317 / 336
Palm Beach, FL 33480

FIRST CLASS MAIL

RETURN RECEIPT
REQUESTED

LN
12.30.06
TX

UNCLAIMED

RETURN TO SENDER

U.S. POSTAGE
NASCHI, DE
19969
DEC 27 '06
AMOUNT
$10.62
0005727-03

UNITED STATES
POSTAL SERVICE



**Registered No.**   RB292721452US

| | | | | | Date Stamp |
|---|---|---|---|---|---|
| To Be Completed By Post Office | Reg. Fee $ | $7.90 | | | NASSAU DE 0969 03 27 12/27/06 |
| | Handling Charge $ | $0.00 | Return Receipt | $1.85 | |
| | Postage $ | $0.87 | Restricted Delivery | $0.00 | |
| | Received by | *S. Friend* | | | |

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

**FROM**
DAVID A. BOSWELL
Wachovia Bank Building
4602 Highway One, 2nd Fl.
Rehoboth Beach DE 19971

**TO**
Christopher Glenn
340 Royal Poincanalway
PALM BEACH FL 33480 336
Palm Beach, FL 33480

PS Form **3806**, June 2002    **Receipt for Registered Mail**

Copy 1 - Customer
*(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

Exhibit "B"