IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE LUIS VELASQUEZ, | * | Case No. 1:06-cv-656-JJF |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CHRISTOPHER GLENN, | * | |
| | * | |
| Defendant. | * | |

### AMENDMENT TO COMPLAINT

Pursuant to Rule 4(h), now, to-wit, this 28th day of February, 2007, comes the Plaintiff by his attorneys, Schmittinger & Rodriguez, P.A., and amends the Complaint in the above-captioned case by adding thereto the following:

STATE OF DELAWARE:
         :  SS.
COUNTY OF SUSSEX :

BE IT REMEMBERED, that on the 28th day of February, A.D. 2007, personally came before me, the Subscriber, a Notary Public for the State and County aforesaid, David A. Boswell, Esquire, attorney for the Plaintiff, who being sworn according to law, did depose and say the following:

1. To the best of his knowledge, Defendant Christopher Glenn is a resident of the State of Florida, whose last known address is 340 Royal Polncancalway, Ste 317/336, Palm Beach, FL 33480.

2. On December 4, 2006, the Complaint in the above-captioned case was filed.

3. On December 20, 2006, the Return of Service was filed, a copy of which is attached hereto as Exhibit "A."

4.  On December 27, 2006, David A. Boswell, Esquire caused a Notice, copy of the Complaint, Alias Summons, and Alias Praecipe, a copy of which is attached hereto as Exhibit "B", to be mailed by registered mail (registered number RB292721452US), return receipt requested to Defendant Christopher Glenn.

5.  On February 1, 2007, the aforesaid envelope containing said Notice was returned to the sender, your deponent.  Said envelope was designated as "unclaimed."

6.  On February 1, 2007, David A. Boswell, Esquire caused a Second Notice, copy of the Complaint, Alias Summons, and Alias Praecipe, a copy of which is attached hereto as Exhibit "C", to be mailed by registered mail (registered number RR442689627US), return receipt requested to Defendant Christopher Glenn.

7.  On February 26, 2007, the aforesaid envelope containing said Second Notice was returned to the sender, your deponent.  Said envelope was designated as "unclaimed" and is attached hereto as Exhibit "D."

8.  That the Second Notice requested by 10 Del. C. § 3104 was contained in said envelope (registered number RR442689627US) at the time it was mailed.

9.  That the receipt obtained by your deponent at the time of

the mailing of the envelope containing the Second Notice is the receipt attached hereto as Exhibit "E."

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
DAVID A. BOSWELL (3172)
Wachovia Bank Building
18489 Coastal Highway, 2nd Floor
Rehoboth Beach, DE 19971-9794
(302) 227-1400
Attorneys for Plaintiff


SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

TERESA H. HASTINGS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Apr. 11, 2007

Exhibit "A"

�containsAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JOSE LUIS VELASQUEZ

V.

**ALIAS SUMMONS IN A CIVIL CASE**

CHRISTOPHER GLENN

CASE NUMBER: 1:06-cv-656-JJF

TO: (Name and address of Defendant)

Secretary of State of the State of Delaware,
as agent for Defendant Christopher Glenn
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Boswell, Esquire
Schmittinger & Rodriguez, P.A.
Wachovia Bank Building
18489 Coastal Highway, 2nd Floor
Rehoboth Beach, DE 19971-9794

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

CLERK                                         DATE   12-4-06

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/20/06 | |
| NAME OF SERVER (PRINT) HAROLD K. Brode | TITLE Investigator (Schmittinger & Rodriguez) | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served to Sec of States Office

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/20/06
                   Date

Harold K. Brode
Signature of Server

414 S. State Street
Dover, Del 19901
Address of Server

302/678-6483

CS

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit "B"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSE LUIS VELASQUEZ,         *  Case No. 1:06-cv-656-JJF
                           *

      Plaintiff,         *
                           *

v.                     *
                           *

CHRISTOPHER GLENN,        *
                           *

      Defendant.        *

**NOTICE**

**TO:**  **VIA REGISTERED MAIL**
     **RETURN RECEIPT REQUESTED**
     **Christopher Glenn**
     **340 Royal Polncanalway Ste 317/336**
     **Palm Beach, FL 33480**

**PLEASE TAKE NOTICE** that the originals of the enclosed Complaint and Summons were filed on October 23, 2006. The originals of the enclosed Alias Praecipe, Complaint, and Alias Summons were filed on December 4, 2006, and were served upon the Secretary of State on December 20, 2006.

Service on the Secretary of State, pursuant to 10 Del. C. § 3104, is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
     DAVID A. BOSWELL (3172)
     Wachovia Bank Building
     18489 Coastal Highway, 2nd Floor
     Rehoboth Beach, DE  19971-9794
     (302) 227-1400
     Attorneys for Plaintiff

DATED: December 27, 2006

&AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JOSE LUIS VELASQUEZ

V.

CHRISTOPHER GLENN

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06-cv-656-JJF

*(stamp) RECEIVED DEPARTMENT OF STATE 2006 DEC 20 PM 3 19 DIVISION OF CORPORATIONS*

TO: (Name and address of Defendant)

Secretary of State of the State of Delaware,
  as agent for Defendant Christopher Glenn
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Boswell, Esquire
Schmittinger & Rodriguez, P.A.
Wachovia Bank Building
18489 Coastal Highway, 2nd Floor
Rehoboth Beach, DE 19971-9794

an answer to the complaint which is served on you with this summons, within _____*20*_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

_____
CLERK

*(signature)*
(By) DEPUTY CLERK

*12-4-06*
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE 12/20/06 |
|---|---|

| NAME OF SERVER (PRINT) HAROLD K. Brode | TITLE Investigator (Schmittinger & Rodriguez) |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Served to Sec of States Office_

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12/20/06__
/Date

_Harold K. Brode_
Signature of Server

_414 S. State Street_
_Dover, Del 19901_
Address of Server

_302/678-5483_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSE LUIS VELASQUEZ,            *    Case No. 1:06-cv-656-JJF
                             *
           Plaintiff,       *
                             *
   v.                        *
                             *
CHRISTOPHER GLENN,           *
                             *
          Defendant.       *

### ALIAS PRAECIPE

TO:  Dr. Peter T. Dalleo, Clerk
     U.S. District Court for the District of Delaware
     844 N. King Street, Room 4209
     Lock Box 18
     Wilmington, DE  19801

**WHEREAS** the original summons that issued for the service of Defendant Christopher Glenn was returned non-est because such defendant moved out of the State of Delaware, **PLEASE ISSUE** an Alias Summons to be served upon the Secretary of State of the State of Delaware in Dover, Delaware, as agent for Defendant Christopher Glenn, a non-resident of the State of Delaware, pursuant to 10 Del. C. § 3104.

                                   SCHMITTINGER & RODRIGUEZ, P.A.

                                   BY:                                                                               DAVID A. BOSWELL (3172)
                                   Wachovia Bank Building
                                   18489 Coastal Highway, 2nd Floor
                                   Rehoboth Beach, DE  19971-9794
                                   (302) 227-1400
                                   Attorneys for Plaintiff

DATED:  November 30, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE LUIS VELASQUEZ, | * | Case No. 1:06-cv-656-JJF |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CHRISTOPHER GLENN, | * | |
| | * | |
| Defendant. | * | |

## ALIAS PRAECIPE

TO:  Dr. Peter T. Dalleo, Clerk
     U.S. District Court for the District of Delaware
     844 N. King Street, Room 4209
     Lock Box 18
     Wilmington, DE  19801

**WHEREAS** the original summons that issued for the service of Defendant Christopher Glenn was returned non-est because such defendant moved out of the State of Delaware, **PLEASE ISSUE** an Alias Summons to be served upon the Secretary of State of the State of Delaware in Dover, Delaware, as agent for Defendant Christopher Glenn, a non-resident of the State of Delaware, pursuant to 10 <u>Del. C.</u> § 3104.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
    DAVID A. BOSWELL (3172)
    Wachovia Bank Building
    18489 Coastal Highway, 2nd Floor
    Rehoboth Beach, DE  19971-9794
    (302) 227-1400
    Attorneys for Plaintiff

DATED:  November 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSE LUIS VELASQUEZ,                *

       Plaintiff,                *

    v.                   *   Civil Action No.:_____

CHRISTOPHER GLENN,          *

       Defendant.            *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

Plaintiff, by his undersigned attorneys, alleges as follows:

FILED

OCT 2 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## I. INTRODUCTION

1.    Plaintiff, who has been employed in Sussex County, Delaware by defendant Christopher Glenn and by the Fresh Cut Lawn and Landscape Service, Inc., brings this action for monetary relief for Glenn's willful failure to pay him promised wages and "time and a half" for overtime wages as required by federal and state law.

2.    The action arises from Glenn's violations of plaintiff's rights under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq.

## II. JURISDICTION

3.    This court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal-question jurisdiction) and 29 U.S.C. § 216(b) (FLSA) and 28 U.S.C. § 1367 (supplemental jurisdiction).

### III. PARTIES AND OTHERS

4.    Plaintiff Jose Luis Velasquez resides at 3 Maple Street, Georgetown, DE 19947, and has been employed by defendant.

5.    Pursuant to 29 U.S.C. § 216(b), plaintiff has consented in writing to being a plaintiff in this action. His consent form is attached as Exhibit A to this Complaint.

6.    Fresh Cut Lawn and Landscape Services is a Delaware corporation with its offices near Lewes, Delaware. Fresh Cut is an enterprise engaged in interstate commerce, and is or has been an employer of plaintiff within the meaning of the FLSA Payment and Collection law. It is now in bankruptcy and is not sued as a defendant in this case.

7.    Defendant Christopher Glenn, the chief executive officer of Fresh Cut, has a business address of 25414 Prime Hook Road, Milton, Delaware 19968-2750. He is an "employer" under FLSA law and, as such, is fully liable to plaintiff.

### IV. STATEMENT OF FACTS

8.    Plaintiff has worked for defendant as a laborer in his business of concrete pouring and landscaping.

9.    The nature of the plaintiff's work has been such that he frequently worked for defendant in excess of 40 hours per week.

10.    Defendant contracted with his employee to pay him on an hourly basis for each hour worked. Defendant failed to abide by this contract and to pay his employee for each hour worked.

2

11.    Defendant contracted with his employee to pay him time and a half for weekly overtime hours. Defendant failed to abide by this agreement and fully compensate him for overtime work.

12.    Furthermore, as defined by Section 207 of the FLSA, all hours worked by plaintiffs in excess of 40 hours per week are "overtime" hours, payable at a rate of one and one-half times the regular hourly rate.

13.    Glenn has failed to pay plaintiff in full for overtime work, compensation to which he was entitled under federal law.

## COUNT I

### FAIR LABOR STANDARDS ACT

14.    Plaintiff repeats and incorporates by reference the allegations set forth above.

15.    Glenn violated the FLSA by knowingly failing to compensate plaintiff at a rate of one and one-half times his regular hourly wage for hours worked in excess of 40 hours per week in violation of 29 U.S.C. § 207(a)(1). Defendant's actions were willful.

16.    Glenn is liable to plaintiff, under 29 U.S.C. § 216(b) of the FLSA, for his unpaid overtime compensation, plus an additional equal amount as liquidated damages, court costs, reasonable attorneys' fees and expenses, and any other relief deemed appropriate by the court.

## COUNT II

### CONTRACT

17.    Plaintiff repeats and incorporates by reference the allegations set forth above.

18.    Plaintiff and defendant Glenn agreed by contract and with adequate consideration to settle plaintiff's claims for damages and attorneys' fees arising under the FLSA law.

3

19.    Defendant Glen has breached this valid agreement by refusing to pay the amounts agreed to.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff requests that this court:

a.    Award plaintiff his unpaid wages plus liquidated damages as required by the FLSA;

b.    Award plaintiff damages due to defendant's breach of contract.

c.    Award the plaintiff his costs, attorneys' fees and expenses, and all costs of prosecution incurred in this action, as provided in 29 U.S.C. § 216(b); and

d.    Grant such other and further relief as the court may deem just and proper.

Respectfully submitted,

SCHMITTINGER & RODRIGUEZ, PA

BY: _____
DAVID A. BOSWELL (#3172)
Wachovia Bank Bldg.
4602 Highway Drive
Rehoboth Beach, DE 19971
(302) 227-1400

BROWN, GOLDSTEIN & LEVY, LLP

BY: _____
C. CHRISTOPHER BROWN
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
(410) 962-1030

*Attorneys for Plaintiff*

4

EXHIBIT A

FORMULARIO DE PERMISO PARA PARTICIPAR
(Opt-In Consent Form)

*Berduo-DeLeon v Fresh Cut Lawn & Landscaping Service, Inc.*

Completar y enviar por correo a:

C. Christopher Brown
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 2 1202-6701

Nombre:   Jose Luis Velasquez          S.S.#  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.

Dirección:  7 A N. King St.

              Georgetown, DE 1994

Teléfono Laboral: _____

Teléfono de la Casa: (302) 841-8544.

PERMISO PARA UNIR A LA ACCION COLLECTIVA
De acuerdo con  la "Ley de Normas Razonables de Trabajo"
(Federal Labor Standards Act), 29 U.S.C. § 216 (b)

1.  Doy mi consentimiento y estoy de acuerdo de seguir cualquier reclamo que surge de horas extras trabajados (sobretiempo) y no abonados por Fresh Cut Lawn and Landscaping Service ("Fresh Cut").

2.  He trabajado como empleado de Fresh Cut  realizado trabajos de mantenimiento, mantenimiento y construcción de jardines, o concreto desde el o alrededor del ___3/94___ (mes, año) hasta o alrededor del ___8/94___ (mes, año).

3.  Durante el periodo anteriormente mencionado, trabaje en exceso de (40) horas semanales, pero no fue pagado el sobretiempo de tiempo y medio.

4.  Entiendo que este juicio se entabla bajo la "Ley de Normas Razonables de Trabajo de 1938), como enmendado, 29 U.S.C. § 201, et.seq. Por este medio doy mi consentimiento, estoy de acuerdo y elijo participar como un demandante y seré obligado por cualquier fallo del Tribunal o cualquier arreglo o transacción de este litigio.

5.  Por este medio designo a las oficina de Brown, Goldstein & Levy para representarme para los propósitos de este litigio.

6.  Además nombro los representantes de esta colectiva como mis agentes para hacer decisiones de mi parte con respecto a la litigación, la manera y los métodos de la conducción del litigio, el llegar a un acuerdo con los abogados de los Reclamantes con respecto a los honorarios y costos de los abogados, y cualquier otro punto que pertenece a este juicio.

_____6/7/05_____                       Jose Luis Velasquez
(Fecha Firmado)                         (Firma)

WP3:1070842.1

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

JOSE LUIS VELASQUEZ

## DEFENDANTS

CHRISTOPHER GLENN

**(b)** County of Residence of First Listed Plaintiff  Sussex County, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Sussex County, DE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

OCT 23 2006

**(c)** Attorney's (Firm Name, Address, and Telephone Number) (302) 227-1400
David A. Boswell, Schmittinger & Rodriguez, P.A., 4602 Highway One, Rehoboth DE 19971

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

DISTRICT OF DELAWARE

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
FLSA, 29 U.S.C. Sec. 201 et seq.

Brief description of cause:
Unpaid wages and overtime pay

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
October 19, 2006

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Exhibit "C"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSE LUIS VELASQUEZ,     *   Case No. 1:06-cv-656-JJF
              *
     Plaintiff,     *
              *
  v.           *
              *
CHRISTOPHER GLENN,     *
              *
     Defendant.     *

## SECOND NOTICE

TO:  <u>VIA REGISTERED MAIL</u>
    <u>RETURN RECEIPT REQUESTED</u>
    Christopher Glenn
    340 Royal Polncanalway Ste 317/336
    Palm Beach, FL 33480

**PLEASE TAKE NOTICE** that the originals of the enclosed Complaint and Summons were filed on October 23, 2006. The originals of the enclosed Alias Praecipe, Complaint, and Alias Summons were filed on December 4, 2006, and were served upon the Secretary of State on December 20, 2006.

Service on the Secretary of State, pursuant to 10 <u>Del. C.</u> § 3104, is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
   DAVID A. BOSWELL (3172)
   Wachovia Bank Building
   18489 Coastal Highway, 2nd Floor
   Rehoboth Beach, DE 19971-9794
   (302) 227-1400
   Attorneys for Plaintiff

DATED: February 1, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JOSE LUIS VELASQUEZ

V.

ALIAS  SUMMONS IN A CIVIL CASE

CHRISTOPHER GLENN

CASE NUMBER:  1:06-cv-656-JJF

RECEIVED DEPARTMENT OF STATE
2006 DEC 20 PM 3 19
DIVISION OF CORPORATIONS

TO: (Name and address of Defendant)

Secretary of State of the State of Delaware,
   as agent for Defendant Christopher Glenn
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Boswell, Esquire
Schmittinger & Rodriguez, P.A.
Wachovia Bank Building
18489 Coastal Highway, 2nd Floor
Rehoboth Beach, DE 19971-9794

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

_____
CLERK

_12-4-06_
DATE

_Andrew P. Stabler IV_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/20/06 |
| NAME OF SERVER (PRINT)   HAROLD K. Brode | TITLE   Investigator (Schmittinger & Rodriguez) | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   .

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Served to Sec of States office_ _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/20/06
                Date

                Harold K. Brode
                Signature of Server

                414 S. State Street
                Dover, Del 19901
                Address of Server
                302/678-5463

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSE LUIS VELASQUEZ,            *    Case No. 1:06-cv-656-JJF
                               *
        Plaintiff,             *
                               *
    v.                         *
                               *
CHRISTOPHER GLENN,             *
                               *
        Defendant.             *

### ALIAS PRAECIPE

TO:  Dr. Peter T. Dalleo, Clerk
     U.S. District Court for the District of Delaware
     844 N. King Street, Room 4209
     Lock Box 18
     Wilmington, DE   19801

**WHEREAS** the original summons that issued for the service of Defendant Christopher Glenn was returned non-est because such defendant moved out of the State of Delaware, **PLEASE ISSUE** an Alias Summons to be served upon the Secretary of State of the State of Delaware in Dover, Delaware, as agent for Defendant Christopher Glenn, a non-resident of the State of Delaware, pursuant to 10 <u>Del. C.</u> § 3104.

                          SCHMITTINGER & RODRIGUEZ, P.A.

                          BY:  _____
                              DAVID A. BOSWELL (3172)
                              Wachovia Bank Building
                              18489 Coastal Highway, 2nd Floor
                              Rehoboth Beach, DE   19971-9794
                              (302) 227-1400
                              Attorneys for Plaintiff

DATED:   November 30, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE LUIS VELASQUEZ, | * | Case No. 1:06-cv-656-JJF |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CHRISTOPHER GLENN, | * | |
| | * | |
| Defendant. | * | |

## ALIAS PRAECIPE

TO:  Dr. Peter T. Dalleo, Clerk
     U.S. District Court for the District of Delaware
     844 N. King Street, Room 4209
     Lock Box 18
     Wilmington, DE  19801

**WHEREAS** the original summons that issued for the service of Defendant Christopher Glenn was returned non-est because such defendant moved out of the State of Delaware, **PLEASE ISSUE** an Alias Summons to be served upon the Secretary of State of the State of Delaware in Dover, Delaware, as agent for Defendant Christopher Glenn, a non-resident of the State of Delaware, pursuant to 10 Del. C. § 3104.

                          SCHMITTINGER & RODRIGUEZ, P.A.


                          BY:
                          _____
                          DAVID A. BOSWELL (3172)
                          Wachovia Bank Building
                          18489 Coastal Highway, 2nd Floor
                          Rehoboth Beach, DE  19971-9794
                          (302) 227-1400
                          Attorneys for Plaintiff

DATED:  November 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSE LUIS VELASQUEZ,                           *

      Plaintiff,                            *

    v.                                          *    Civil Action No.:_____

CHRISTOPHER GLENN,                             *

      Defendant.                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Plaintiff, by his undersigned attorneys, alleges as follows:

### I. INTRODUCTION

1.    Plaintiff, who has been employed in Sussex County, Delaware by defendant Christopher Glenn and by the Fresh Cut Lawn and Landscape Service, Inc., brings this action for monetary relief for Glenn's willful failure to pay him promised wages and "time and a half" for overtime wages as required by federal and state law.

2.    The action arises from Glenn's violations of plaintiff's rights under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq.

### II. JURISDICTION

3.    This court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal-question jurisdiction) and 29 U.S.C. § 216(b) (FLSA) and 28 U.S.C. § 1367 (supplemental jurisdiction).

## III. PARTIES AND OTHERS

4.      Plaintiff Jose Luis Velasquez resides at 3 Maple Street, Georgetown, DE 19947, and has been employed by defendant.

5.      Pursuant to 29 U.S.C. § 216(b), plaintiff has consented in writing to being a plaintiff in this action. His consent form is attached as Exhibit A to this Complaint.

6.      Fresh Cut Lawn and Landscape Services is a Delaware corporation with its offices near Lewes, Delaware. Fresh Cut is an enterprise engaged in interstate commerce, and is or has been an employer of plaintiff within the meaning of the FLSA Payment and Collection law. It is now in bankruptcy and is not sued as a defendant in this case.

7.      Defendant Christopher Glenn, the chief executive officer of Fresh Cut, has a business address of 25414 Prime Hook Road, Milton, Delaware 19968-2750. He is an "employer" under FLSA law and, as such, is fully liable to plaintiff.

## IV. STATEMENT OF FACTS

8.      Plaintiff has worked for defendant as a laborer in his business of concrete pouring and landscaping.

9.      The nature of the plaintiff's work has been such that he frequently worked for defendant in excess of 40 hours per week.

10.     Defendant contracted with his employee to pay him on an hourly basis for each hour worked. Defendant failed to abide by this contract and to pay his employee for each hour worked.

2

11.   Defendant contracted with his employee to pay him time and a half for weekly overtime hours. Defendant failed to abide by this agreement and fully compensate him for overtime work.

12.   Furthermore, as defined by Section 207 of the FLSA, all hours worked by plaintiffs in excess of 40 hours per week are "overtime" hours, payable at a rate of one and one-half times the regular hourly rate.

13.   Glenn has failed to pay plaintiff in full for overtime work, compensation to which he was entitled under federal law.

## COUNT I

### FAIR LABOR STANDARDS ACT

14.   Plaintiff repeats and incorporates by reference the allegations set forth above.

15.   Glenn violated the FLSA by knowingly failing to compensate plaintiff at a rate of one and one-half times his regular hourly wage for hours worked in excess of 40 hours per week in violation of 29 U.S.C. § 207(a)(1). Defendant's actions were willful.

16.   Glenn is liable to plaintiff, under 29 U.S.C. § 216(b) of the FLSA, for his unpaid overtime compensation, plus an additional equal amount as liquidated damages, court costs, reasonable attorneys' fees and expenses, and any other relief deemed appropriate by the court.

## COUNT II

### CONTRACT

17.   Plaintiff repeats and incorporates by reference the allegations set forth above.

18.   Plaintiff and defendant Glenn agreed by contract and with adequate consideration to settle plaintiff's claims for damages and attorneys' fees arising under the FLSA law.

3

19.    Defendant Glen has breached this valid agreement by refusing to pay the amounts agreed to.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff requests that this court:

a.    Award plaintiff his unpaid wages plus liquidated damages as required by the FLSA;

b.    Award plaintiff damages due to defendant's breach of contract.

c.    Award the plaintiff his costs, attorneys' fees and expenses, and all costs of prosecution incurred in this action, as provided in 29 U.S.C. § 216(b); and

d.    Grant such other and further relief as the court may deem just and proper.

Respectfully submitted,

SCHMITTINGER & RODRIGUEZ, PA

BY: _____

DAVID A. BOSWELL (#3172)
Wachovia Bank Bldg.
4602 Highway Drive
Rehoboth Beach, DE 19971
(302) 227-1400

BROWN, GOLDSTEIN & LEVY, LLP

BY: _____

C. CHRISTOPHER BROWN
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
(410) 962-1030

*Attorneys for Plaintiff*

4

EXHIBIT A
FORMULARIO DE PERMISO PARA PARTICIPAR
(Opt-In Consent Form)

*Berduo-DeLeon v Fresh Cut Lawn & Landscaping Service, Inc.*

Completar y enviar por correo a:

C. Christopher Brown
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 2 1202-6701

Nombre: __Jose Luis Velasquez__    S.S.# __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.__

Dirección: __7 A N. King St.__

__Georsetown DE 1994.__    Teléfono Laboral: _____

Teléfono de la Casa: __(302) 841-8544.__

PERMISO PARA UNIR A LA ACCION COLLECTIVA
De acuerdo con  la "Ley de Normas Razonables de Trabajo"
(Federal Labor Standards Act), 29 U.S.C. § 216 (b)

1.  Doy mi consentimiento y estoy de acuerdo de seguir cualquier reclamo que surge de horas extras
trabajados (sobretiempo) y no abonados por Fresh Cut Lawn and Landscaping Service ("Fresh
Cut").

2.  He trabajado como empleado de Fresh Cut  realizado trabajos de mantenimiento, mantenimiento
y construcción de jardines, o concreto desde el o alrededor del __3|94__ (mes, año)
hasta o alrededor del __8|94__ (mes, año).

3.  Durante el periodo anteriormente mencionado, trabaje en exceso de (40) horas semanales, pero no
fue pagado el sobretiempo de tiempo y medio.

4.  Entiendo que este juicio se entabla bajo la "Ley de Normas Razonables de Trabajo de 1938), como
enmendada, 29 U.S.C. § 201, et.seq. Por este medio doy mi consentimiento, estoy de acuerdo y
elijo participar como un demandante y seré obligado por cualquier fallo del Tribunal o cualquier
arreglo o transacción de este litigio.

5.  Por este medio designo a las oficina de Brown, Goldstein & Levy para representarme para los
propósitos de este litigio.

6.  Además nombro los representantes de esta colectiva como mis agentes para hacer decisiones de mi
parte con respecto a la litigación, la manera y los métodos de la conducción del litigio, el llegar a
un acuerdo con los abogados de los Reclamantes con respecto a los honorarios y costos de los
abogados, y cualquier otro punto que pertenece a este juicio.

__6/7/05__    __Jose Luis Vnasquez__

(Fecha Firmado)    (Firma)

℁JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

JOSE LUIS VELASQUEZ

**DEFENDANTS**

CHRISTOPHER GLENN

(b)  County of Residence of First Listed Plaintiff  Sussex County, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Sussex County, DE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c)  Attorney's (Firm Name, Address, and Telephone Number) (302) 227-1400
David A. Boswell, Schmittinger & Rodriguez,
P.A., 4602 Highway One, Rehoboth DE  19971

Attorneys (If Known)

OCT 2 3 2006

DISTRICT OF DELAWARE

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government
   Plaintiff

☒ 3  Federal Question
   (U.S. Government Not a Party)

☐ 2  U.S. Government
   Defendant

☐ 4  Diversity
   (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                             and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☒ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
FLSA, 29 U.S.C. Sec. 201 et seq.
Brief description of cause:
Unpaid wages and overtime pay

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE                                DOCKET NUMBER

DATE
October 19, 2006

SIGNATURE OF ATTORNEY OF RECORD
David A Boswell

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

Exhibit "D"



C/N 2/5/07 ABD
2/6/07
ret 2-2007

U.S. POSTAGE
PITNEY BOWES
NEWARK, DE
19969
FEB 06 '07
AMOUNT
$10.62
00057727-03
0000

UNITED STATES
POSTAL SERVICE

United States Postal Service
REGISTERED MAIL

RR 442 689 627 US

RETURN RECEIPT
REQUESTED

Christopher Glenn
340 Royal Poincanalway
Ste 317/336
Palm Beach, FL 33480

FEB 2 6 2007

LAW OFFICES
SCHMITTINGER and RODRIGUEZ
PROFESSIONAL ASSOCIATION
FIRST UNION BANK BUILDING
4602 HIGHWAY ONE, SECOND FLOOR
REHOBOTH BEACH, DE 19971-9794

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Glenn
340 Royal Poincanalway
Ste 317/336
Palm Beach, FL 33480

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   RR 442 689 627 US

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-0835

**Registered No.** RR442689627US

| To Be Completed By Post Office | | | |
|---|---|---|---|
| Reg. Fee $ | $7.90 | | |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 |
| Postage $ | $0.87 | Restricted Delivery $ | $0.00 |
| Received by | | | |

Date Stamp
09/6/
2007
US
USPS
02/01/707

Domestic Insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.
*(See Reverse).*

Customer Must Declare Full Value $   $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

**FROM**
David A. Boswell
Wachovia Bank Building
4602 Highway One, 2nd Fl.
Rehoboth Beach, DE 19971

**TO**
Christopher Glenn
340 Royal Polncanalway
Ste. 317/386 33480
Palm Beach, FL 33480

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form **3806,**   **Receipt for Registered Mail**   Copy 1 - Customer
June 2002   *(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

Exhibit "E"