## SCHMITTINGER AND RODRIGUEZ, P.A.
### LAWYERS

WACHOVIA BANK BUILDING
4602 HIGHWAY ONE, SECOND FLOOR
REHOBOTH BEACH, DELAWARE 19971-9794
TELEPHONE (302) 227-1400
TELECOPIER (302) 645-1843

REHOBOTH OFFICE
DAVID A. BOSWELL

STATEWIDE
NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
MAGNOLIA SOLANO

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

DOVER OFFICE
414 SOUTH STATE STREET
P.O. BOX 497
DOVER, DELAWARE 19903-0497
TELEPHONE (302) 674-0140
TELECOPIER (302) 674-1830

NEWARK OFFICE
220 CONTINENTAL DRIVE
SUITE 203
NEWARK, DELAWARE 19713
TELEPHONE (302) 894-1960
TELECOPIER (302) 894-1965

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
P.O. BOX 626
ODESSA, DELAWARE 19730-0626
TELEPHONE (302) 378-1697
TELECOPIER (302) 378-1659

March 2, 2007

**VIA PARCELS, INC.**
Dr. Peter T. Dalleo, Clerk
U.S. District Court for
    the District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re: Velasquez v. Glenn, C.A. No. 06-656-JJF
    Our file 06-622R

Dear Dr. Dalleo:

I am in the process of perfecting service on Defendant Christopher Glenn, a non-resident of the State of Delaware, pursuant to Fed. R. Civ. P. R. 4(e)(1) and pursuant to Delaware's long-arm service statute, 10 Del. C. § 3104.

Yesterday, I electronically filed an Amendment to Complaint with the requisite attachments, which include a registered mail envelope sent to the defendant and returned unclaimed. Pursuant to 10 Del. C. § 3104(g), I am required to file such affidavit along with the "original envelope of the undelivered registered article." I am concerned that an electronic filing may not comply with this statute. Accordingly, enclosed herewith please find the original Amendment to Complaint and the exhibits thereto, which I tender in their original, paper format for filing with the Court.

Letter re: <u>Velasquez v. Glenn</u>
March 2, 2007
Page 2


    Please docket this pleading and return to me a clocked-in copy in the enclosed, self-addressed, stamped envelope. Thank you for your kind assistance.

                      Sincerely yours,

                        DAVID A. BOSWELL

Enclosures

cc:   C. Christopher Brown, Esquire (without enclosures)