| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Christopher Glenn<br>340 Royal Polncanalway<br>Ste 317/336<br>Palm Beach, FL 33480 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | RR 442 689 627 US |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

LAW OFFICES
**SCHMITTINGER and RODRIGUEZ**
PROFESSIONAL ASSOCIATION
FIRST UNION BANK BUILDING
4602 HIGHWAY ONE, SECOND FLOOR
REHOBOTH BEACH, DE 19971-9794



RECEIVED FEB 26 2007



RETURN RECEIPT REQUESTED

Christopher Glenn
340 Royal Poincanalway
Ste 317/336
Palm Beach, FL 33480

RETURNED TO SENDER
REASON CHECKED
☒ Unclaimed
☐ Attempted-not known
☐ Insufficient Address
☐ Refused
☐ No such street
☐ No such office in state
☐ Do not remail in this envelope
____ number

Label 200, July 1999
RR 442 689 627 US
(102595) 99-M-1904

United States Postal Service
**REGISTERED MAIL**



U.S. POSTAGE
NASSAU, DE
19969
FEB 01 07
$10.62
00057727-03

C/N 2/5/07 dcs
ref 2/6/07
3-2-07