IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSE LUIS VELASQUEZ, | * | C.A. No. 1:06-CV-656-JJF |
| Plaintiff, | * | |
| v. | * | |
| CHRISTOPHER GLENN, | * | |
| Defendant. | * | |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW PLAINTIFF Jose Luis Velasquez, by and through counsel, and voluntarily dismisses the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(a)(i).

SCHMITTINGER & RODRIGUEZ, P.A.

DATED: June 11, 2007    BY: _____
DAVID A. BOSWELL (3172)
Wachovia Bank Building
18489 Coastal Highway, 2nd Floor
Rehoboth Beach, DE  19971-9794
(302) 227-1400
Attorneys for Plaintiff